AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

ANTHONY THOMAS CHERNETSKY,

     Petitioner,   JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:07-cv-00471-LRH-RAM**

E.K. McDANIEL, et al.,

     Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the Respondents' #6 motion to dismiss is GRANTED. The amended petition is DISMISSED WITH PREJUDICE. IT IS FURTHER ORDERED that petitioner is DENIED a certificate of appealability.

  August 19, 2008                       **LANCE S. WILSON**
                                                Clerk

                                                /s/ Kalani Lizares
                                                  Deputy Clerk